granted, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

A. D. JUILLIARD & CO., INC., v. STEINER-LOBMAN DRY GOODS COMPANY.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL SHILLITANI and Another.— Motion denied.   Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SMITH FIREPROOF CONSTRUCTION CO., INC., for an Order Directing that Arbitration Provided for in Certain Agreements Entered into between the Petitioner and THOMPSON-STARRETT COMPANY, Proceed Pursuant to Provisions of the Arbitration Law.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS A. GRAYDON v. HENRY WOODHOUSE.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JAMES D. McCAULEY v. OBCANSKA ZALOZNA V. KARLINE.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES D. McCAULEY v. OBCANSKA ZALOZNA V. KARLINE.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CARON CORPORATION v. LEON JUSTER, Doing Business, etc.— Motion denied. Present — Finch, Merrell, McAvoy and Martin, JJ.

CARON CORPORATION v. CONDE, LTD.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Martin, JJ.

PEARL ALBERT v. FREDERICK HAIRDRESSING SALON, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

REIS REALTORS, INC., v. HOTEL BRETTON HALL, INC., and Another.— Motion denied and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

RELIABLE PIECE DYE WORKS, INC., v. MYLES REALTY COMPANY and Another. — Motion denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HENRIETTA C. CLARE v. JOHN E. J. CLARE.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM BELL v. WHITEHALL SOUTH, INC., and Others.— Motion granted on condition that appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on November 4, 1927.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ERNEST M. CHAPIN v. GEORGE E. LEARNARD.— Motion granted.   Settle order on notice.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE TRAVELERS INSURANCE COMPANY v. HENRY A. BLUMENTHAL and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.